**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                        )
WILDEARTH GUARDIANS,                    )
                                        )
      Plaintiff,                        )
                                        )
vs.                                     )   Civil Action No. 17-1849 (KBJ)
                                        )
UNITED STATES BUREAU                    )
OF LAND MANAGEMENT,                     )
                                        )
      Defendant.                        )
_____)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a) and a settlement agreement, the parties stipulate and agree to dismissal of this action with prejudice.

Dated: August 26, 2019

      Respectfully submitted,

      JESSIE K. LIU
      D.C. Bar No. 472845
      United States Attorney

      DANIEL F. VAN HORN
      D.C. Bar No. 924092
      Chief, Civil Division

By: ___/s/_____
      MATTHEW KAHN
      555 Fourth Street, N.W.
      Washington, D.C. 20530
      (202) 252-6718
      Matthew.Kahn@usdoj.gov

      *Attorney for Defendant*

___/s/_____
Laura H. King (D.D.C. Bar #MT0002)
Western Environmental Law Center
103 Reeder's Alley

Helena, MT 59601
(406) 204-4852
king@westernlaw.org

*Attorney for Plaintiff*