**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILDEARTH GUARDIANS, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )  Civil Action No. 17-1849 (KBJ) |
| UNITED STATES BUREAU OF LAND MANAGEMENT, | ) ) ) ) |
| Defendant. | ) ) |

## SETTLEMENT AGREEMENT AND RELEASE

Defendant United Bureau of Land Management ("Defendant"), by and through its counsel, and Plaintiff Wildearth Guardians ("Plaintiff," together with Defendant, the "Parties"), enter into this Settlement Agreement and Release (the "Agreement") as follows:

1. The parties do hereby agree to settle and compromise the above captioned action under the terms and conditions set forth herein.

2. Defendant shall pay Plaintiff a lump sum of $13,000 in attorneys' fees and costs in this matter.

3. Payment of such attorneys' fees and costs will be made payable to Plaintiff by an electronic transfer of funds to a bank account specified by Plaintiff. Upon execution of this Agreement, Plaintiff will promptly cause the documentation necessary to effectuate this payment to be completed and transmitted.

4. Any obligation of the Government to expend funds under this Stipulation is subject to the availability of appropriations in accordance with the Anti-Deficiency Act, 31 U.S.C. § 1341. This Stipulation shall not be construed to require the Government to obligate or pay funds in contravention of the Anti-Deficiency Act.

4. Plaintiff agrees to forever discharge, release, and withdraw any claims of access to records or portions of records sought in this action.  Defendant agrees not to seek any fees from Plaintiff in connection with its response to the Freedom of Information Act request that gave rise to the Complaint in this case.

5. This Agreement shall also represent full and complete satisfaction and a release of all claims arising from the allegations set forth in the Complaint filed in this action, including full and complete satisfaction of all claims for costs, attorneys' fees, search, review, or processing fees that have been, or could be, made in this case.  In particular, this Agreement shall include all claims for attorneys' fees and costs, as well as search, review, and processing fees incurred by either Party in connection with the administrative Freedom of Information Act process, the District Court litigation process, and any other proceedings involving the claims raised in this action.

6. This Agreement shall not constitute an admission of liability or fault on the part of the Defendant or the United States or their agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

7. This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

8. The parties agree that this Agreement will not be used as evidence or otherwise in any pending or future civil or administrative action against Defendant or the United States, or any agency or instrumentality of the United States.

9. The parties agree that this Agreement, including all its terms and conditions and any additional agreements relating thereto, may be made public in their entirety, and Plaintiff expressly consents to such release and disclosure pursuant to 5 U.S.C. § 552.

10. Concurrent with the execution of this Agreement, Plaintiff will seek the dismissal of this case with prejudice under Federal Rule of Civil Procedure 41(a) by filing the attached Stipulation of Dismissal with Prejudice.

11. This Agreement may be executed in counterparts as if executed by both parties on the same document.

Dated: August 26, 2019							Respectfully submitted,

JESSIE K. LIU
D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar No. 924092
Chief, Civil Division

By: ___/s/_____
MATTHEW KAHN
Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-6718
Matthew.Kahn@usdoj.gov

*Attorney for Defendant*

___/s/_____
Laura H. King (D.D.C. Bar #MT0002)
Western Environmental Law Center
103 Reeder's Alley
Helena, MT 59601
(406) 204-4852
king@westernlaw.org

*Attorney for Plaintiff*